# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NEFFERITTI DIENG,<br><br>       Plaintiff,<br><br>v.<br><br>HILTON GRAND VACATIONS<br>COMPANY, LLC, *et al.*,<br><br>       Defendants. | Case No. 2:10-cv-01723-LDG (PAL)<br><br>**ORDER** |

By Report and Recommendation, the Magistrate Judge recommended that this matter be dismissed for Plaintiff Nefferitti Dieng's failure to file a Certificate of Interested Parties unless Dieng filed the Certificate prior to December 15, 2010. A review of the docket establishes that Dieng filed the Certificate of Interested Parties on December 6, 2010. Accordingly,

THE COURT **DECLINES** to adopt the Report and Recommendation (#10) as the recommendation has been rendered moot.

DATED this 30 day of March, 2011.

_____
Lloyd D. George
United States District Judge