# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NEFFERITTI DIENG,

    Plaintiff,

v.

HILTON GRAND VACATIONS COMPANY, LLC, *et al.*,

    Defendants.

Case No. 2:10-cv-01723-LDG (PAL)

**ORDER**

    As Defendant Hilton Grand Vacations Company, LLC, timely filed an answer,

    THE COURT **ORDERS** that Plaintiff Nefferitti Dieng's Motion for Entry of Clerk's Default (#18) is DENIED as frivolous.

DATED this 30 day of March, 2011.

_____
Lloyd D. George
United States District Judge