# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NEFFERITTI DIENG,

    Plaintiff,

v.

HILTON GRAND VACATIONS COMPANY, LLC, *et al.*,

    Defendants.

Case No. 2:10-cv-01723-LDG (PAL)

**ORDER**

For good cause shown,

THE COURT **ORDERS** that Defendant Hilton Grand Vacations Company's Motion to Strike (#43) Plaintiff Nefferitti Dieng's Motion to Sanction the Defendant and Attorney Trimmer Pursuant to Rule 11 of the Federal Rules of Civil Procedure (#35) is GRANTED. The Clerk of the Court shall STRIKE the Motion to Sanction the Defendant and Attorney Trimmer Pursuant to Rule 11 of the Federal Rules of Civil Procedure (#35).

DATED this 30 day of March, 2011.

_____
Lloyd D. George
United States District Judge