# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NEFFERITTI DIENG,

    Plaintiff,

v.

HILTON GRAND VACATIONS COMPANY, LLC, *et al.*,

    Defendants.

Case No. 2:10-cv-01723-LDG (PAL)

**ORDER**

    On February 6, 2011, the Clerk of the Court notified (#30) the plaintiff, Nefferitti Dieng, that the official record lacked proof of service as to defendants Hilton Worldwide, Inc., and LaDarrian McGee. On March 4, 2011, Dieng filed a response (#38) asserting that she filed the proof of service for both of these defendants on December 1, 2010. Dieng attached two documents to her response which she asserts are proofs of service against these defendants.

    Dieng is correct that she filed a proof of service as to Hilton Worldwide.

    Dieng is incorrect that she filed a proof of service as to McGee. Both the document she filed with the Court and the document she attached to her response plainly state that, while service was attempted, service was not effected on McGee. In short, Dieng filed

1 | proof that McGee has not been served.  Dieng does not otherwise suggest that McGee
2 | was timely served.  Accordingly,

THE COURT **ORDERS** that Defendant LaDarrian McGee is DISMISSED.

DATED this ___30___ day of March, 2011.

_____
Lloyd D. George
United States District Judge