Elayna J. Youchah, Bar Number 5837
youchahe@jacksonlewis.com
Paul T. Trimmer, Bar Number 9291
trimmerp@jacksonlewis.com
**JACKSON LEWIS LLP**
3960 Howard Hughes Parkway, Suite 450
Las Vegas, Nevada 89169
Telephone: (702) 921-2460
Facsimile: (702) 921-2461

Attorneys for Defendants
*Hilton Grand Vacations Company, LLC, Hilton*
*Worldwide  and The Blackstone Group LP*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEFFERITTI DIENG,<br><br>Plaintiff,<br><br>v.<br><br>HILTON GRAND VACATIONS COMPANY, LLC & HILTON WORLDWIDE & THE BLACKSTONE GROUP, INC. & LaDARRIAN McGEE,<br><br>Defendants. | Case No.: 2:10-cv-1723-LDG-PAL<br><br>**STIPULATION AND ORDER TO WITHDRAW WITH PREJUDICE** |

Plaintiff, Nefferitti Dieng, and Defendants, Hilton Grand Vacations Company, LLC, Hilton Worldwide, and The Blackstone Group LP, hereby stipulate that Plaintiff's Complaint in the above-captioned matter and this action is dismissed with prejudice as to Defendants Hilton Grand Vacations Company, LLC, Hilton Worldwide, and The Blackstone Group LP, improperly named as The Blackstone Group, Inc.  Plaintiff enters this stipulation to dismiss with prejudice knowingly and voluntarily, and specifically acknowledges and understands that she will not re-file this action or any other complaint or action against Defendants Hilton Grand Vacations

-1-

Company, LLC, Hilton Worldwide, and The Blackstone Group LP, improperly named as The Blackstone Group, Inc., which concerns or relates to the events described in the Complaint, or which otherwise concerns, relates to, or arises from her employment with Hilton Grand Vacations Company, LLC.   Plaintiff asserts that she is withdrawing her lawsuit due to an undiagnosed medical condition.   That medical condition notwithstanding, Plaintiff affirms that she is competent to enter into this stipulation.

Each party shall bear her or its own respective attorneys' fees and costs.

Dated: April 14, 2011

Nefferitti Dieng
P. O. Box 46
North Chelmsford, Massachusetts 01863
*Plaintiff*

Dated:  April 12, 2011

JACKSON LEWIS LLP

/s/

Elayna J. Youchah, Bar #5837
Paul T. Trimmer, Bar #9291
3960 Howard Hughes Parkway
Suite 450
Las Vegas, Nevada 89169
*Attorneys for Defendants*
*Hilton Grand Vacations Company, LLC,*
*Hilton Worldwide and The Blackstone*
*Group, LP*

IT IS SO ORDERED.

_____
Judge, U.S. District Court

Dated: _____